# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 17-3038　　　　　　　　　　　　　　　　September Term, 2016

1:16-cr-00018-TFH

Filed On: June 5, 2017 [1678308]

United States of America,

    Appellee

  v.

Michael Lawrence Rosebar and Erin Michelle Rosebar,

    Appellants

# **O R D E R**

    Upon consideration of the motion to withdraw attorney Gregory B. English filed on June 3, 2017, it is

    **ORDERED** that the motion be dismissed as moot. Counsel's original motion to withdraw attorney filed on May 26, 2017 was granted on June 2, 2017.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

               BY:   /s/
                            Laura M. Chipley
                            Deputy Clerk